IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 10-cv-00075-REB-BNB

EFFKAY ENTERPRISES, a California general partnership,

Plaintiff,

v.

J.H. CLEANERS, INC., a dissolved Colorado corporation,

Defendant.

---

## ORDER

---

This matter was set for a scheduling conference this morning at 8:30 a.m. Counsel for the plaintiff appeared. No counsel has entered its appearance for the defendant; the defendant has not responded to the complaint; and the defendant did not appear for the scheduling conference. The plaintiff has sought entry of default, and requested 60 days to pursue a default judgment.

IT IS ORDERED that the plaintiff shall file a status report on or before **June 15, 2010**, containing an update on the status of the case and discussing any pretrial proceedings which may be appropriate.

Dated April 15, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge