IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 10-cv-00075-REB-BNB

EFFKAY ENTERPRISES, a California general partnership,

Plaintiff,

v.

J.H. CLEANERS, INC., a dissolved Colorado corporation,

Defendant.

## ORDER

This matter arises on the plaintiff's Status Report [Doc. # 20, filed 6/15/10].

The Clerk of the Court entered a default pursuant to Rule 55(a), Fed. R. Civ. P., on April 15, 2010. [Doc. # 19.] The plaintiff reports in the status report that subsequently the plaintiff "and one of defendant's insurers" have engaged in settlement discussions. Status Report [Doc. # 20] at p. 1. The plaintiff requests that "[i]n light of those settlement discussions," the plaintiff should be required to file another status report within 60 days.

IT IS ORDERED that the plaintiff shall file a motion for default judgment, if at all, on or before **August 15, 2010**. Failure to comply with this order may result in dismissal of the case for lack of prosecution and failure to comply with a court order.

Dated June 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge